# CERTIFICATION

Cynthia Taylor &
Willie Johnson

vs

Riggs Distler & Company &
Curtis Lynn Myers

CIVIL ACTION NO:

2:22-cv-03674

I, __I. Michael Luber__, counsel for __Plaintiffs__, do hereby certify:

[X] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief; the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

[ ] Relief other than monetary damages is sought.

DATE: __9-15-22__

SIGNATURE: _____

ARBCERT3 (03/2019)