IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CYNTHIA TAYLOR et al**<br><br>            **Plaintiff,**<br><br>     v.<br><br>CURTIS LYNN MYERS et al<br><br>            **Defendant.** | **CIVIL ACTION NO. 22-3674** |

# O R D E R

**AND NOW,** this 13th day of October 2022, it is hereby **ORDERED** that a Rule 16 Scheduling Conference in the above-captioned case will be held by telephone conference on **Thursday, October 27th, 2022, at 3:30pm. Please use the following call-in telephone number to be connected to the conference: Phone: 1-866-434-5269, Passcode: 3579586#.**

Counsel should consult Judge Rufe's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the teleconference. If trial counsel is attached for trial in a court of record prior to the time of the teleconference, counsel should advise the Judge and opposing counsel in writing at the earliest possible date, and another attorney in such trial counsel's office should participate in the teleconference. Any attorney participating in the teleconference shall have evaluated the case for settlement purposes and have settlement authority from the client. Counsel should be prepared to present argument on any and all motions that are pending at the time of the teleconference. Counsel must enter their appearance in the case prior to the teleconference.

The parties are required to confer and develop a proposed discovery plan pursuant to Federal Rule of Civil Procedure 26(f). The proposed discovery plan should also advise the Court whether the parties would like to attempt some form of alternative dispute resolution, and if so, whether they would like to do so early or at the conclusion of discovery. The Rule 26(f) report shall be filed one week prior to the scheduled teleconference.

Failure to comply with these directives may result in the imposition of sanctions. The teleconference will be continued to another date only under exceptional circumstances.

It is so **ORDERED**.

        **BY THE COURT:**

        /s/ Cynthia M. Rufe, J.
_____
        **CYNTHIA M. RUFE, J.**