IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA TAYLOR and WILLIE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS LYNN MYERS and RIGGS DISTLER & COMPANY, INC.,<br><br>Defendants | Civil Action No. 2:22-cv-03674<br><br>(Judge Cynthia M. Rufe)<br><br><br>JURY TRIAL DEMANDED |

**DEFENDANT'S DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the nongovernmental corporate party, Defendant Riggs Distler and Company, Inc., in the above listed civil action has a parent company, CVTech Holding, Inc., a non-public company. No public company owns 10 percent or more of Defendant Riggs Distler and Company, Inc.'s stock.

                                              Respectfully submitted,
                                              **KIERNAN TREBACH LLP**

BY: _____
                    SARAH M. BAKER, ESQUIRE
                    Pennsylvania Attorney ID No. 206536
                    JOSEPH ROSS, ESQUIRE
                    Pennsylvania Attorney ID No. 318039
                    1801 Market Street, Suite 770
                    Philadelphia, PA 19103
                    Tel.: (215)569-4433
                    *Attorneys for Defendants,*
                    *Riggs Distler & Company, Inc. and Curtis Lynn Myers*

Date:   October 20, 2022