IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CYNTHIA TAYLOR**<br>　　　　**Plaintiff,**<br>　　v.<br>**CURTIS MYERS and RIGGS DISTLER INC.**<br>　　　　**Defendants.** | **CIVIL ACTION NO. 22cv3674** |

## ORDER

**AND NOW,** this 4th day of May 2023, upon review of cross-correspondence between counsel for the parties, ostensibly requesting the Court's intervention for multiple ongoing discovery disputes, and the Court reviewing each line of each letter in painstaking detail, it is hereby **ORDERED** that the request for a telephone conference with counsel to discuss variations on whether or not an IME is appropriate is **DENIED**.

　　If the parties cannot reach an accord through a meet and confer as required by the Rules of Civil Procedure and this Court's policies and procedures, they are directed to file an appropriate motion. Nevertheless, letters that detail a day-by-day calendar description of the discovery progress from October 2022 to the present are unacceptable and will not be considered by the Court.

　　Counsel are apprised that efforts to settle with Magistrate Judge Sandra Carol Moore Wells are ongoing and they should return to Judge Wells, per the order entered by this Court on December 28, 2022.

　　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**