IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA TAYLOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CURTIS LYNN MYERS | : | NO. 22-cv-3674 |

**O R D E R**

AND NOW this 8th day of May 2023, after a conference with all parties participating, it is hereby ORDERED that Plaintiff's Motion to prevent defense IMEs, submit reports and obtain additional medical records is extended as follows:

5/31/23 Neurology IME

6/13/23 Orthopedic IMEs

6/30/23 Reports from Defendant's experts

7/31/23 Responsive reports from Plaintiffs

8/14/23 11:00 a.m.   In Person Settlement Conference

Admissibility of said discovery will be determined before or at the time of trial.   Failure to adhere to this schedule may result in sanctions or exclusion of evidence.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE