# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA TAYLOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CURTIS LYNN MYERS, et al | : | NO. 22-cv-3674 |
| | : | |

**O R D E R**

AND NOW this 13th day of July 2023, it is hereby **ORDERED** that a settlement conference in the above-captioned matter has been scheduled for July 19, 2023, at 2:00 p.m. All parties necessary to settle the case or delegate(s) with full authority must participate in this conference, unless excused by this court in advance.

Instructions for video\telephonic conferencing will follow.

BY THE COURT:

/s/Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE