IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA TAYLOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CURTIS LYNN MYERS, et al | : | 22-cv-3674 |
| | : | |

**O R D E R**

AND NOW this 9th day of August 2023, it is hereby **ORDERED** that a follow-up, in-person settlement conference has been scheduled for <u>August 14, 2023, at 12:00 noon</u>. All parties necessary to settle the case or delegate(s) with full authority must participate in this conference, unless excused by this court in advance. The conference will take place in chambers on the 3rd floor.

BY THE COURT:

 <u>/s/Carol Sandra Moore Wells</u>
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE