# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA TAYLOR | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| CURTIS LYNN MYERS, et al | : | 22-cv-3674 |
| | : | |

**O R D E R**

AND NOW this 14th day of August 2023, it is hereby **ORDERED** that a follow-up, in-person settlement conference has been scheduled for September 25, 2023, at 2:00 p.m. All parties necessary to settle the case or delegate(s) with full authority must participate in this conference, unless excused by this court in advance. The conference will take place in chambers on the 3rd floor.

BY THE COURT:

 /s/Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE